**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CHARLES TAYLOR,

       Petitioner,

vs.                                           CASE NO. 5:07cv137/RS-MD

WALTER A. MCNEIL,

       Respondent.

_____/

## ORDER

Before me are the Magistrate Judge's Order and Report and Recommendation (Doc. 20) and Petitioner's Objections (Doc. 23). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition For Writ Of Habeas Corpus (Doc. 1), which challenges the conviction and sentence in the case of *State of Florida v. Charles Taylor* in the Circuit Court of Bay County, Florida, Case No. 02-1081, is **denied**.

3. This case is dismissed.

4. The clerk is directed to close the file.

**ORDERED** on December 8, 2008.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK
                                            UNITED STATES DISTRICT JUDGE**